**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-2675

BODYGUARD PRODUCTIONS, INC., a Nevada Corporation

  Plaintiff,

vs.

JOHN DOE 1, et. al.

  Defendants.

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

  BODYGUARD PRODUCTIONS, INC., ("Plaintiff"), by and through its counsel, Scott T. Kannady, of the law firm Brown & Kannady, LLC, pursuant to F.R.C.P. 7.1, discloses as follows:

1. Millennium IP, Inc., a Nevada Corporation is Plaintiff's sole owner.

2. There are no publicly held entities that own ten percent or more ownership interest in Plaintiff.

DATED: November 8, 2017

        **BROWN & KANNADY, LLC**

        By: /s/ Scott T. Kannady
        Scott Kannady, No. 29995
        Brown & Kannady, LLC
        2000 S. Colorado Blvd., Suite 2-440
        Denver, CO 80222
        Phone: (303) 757-3800
        Fax: (303) 757-3815
        E-mail: scott@brownlegal.com
        Attorney for the Plaintiff